1 **HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
2 phaines@haineslawgroup.com
Fletcher W. Schmidt (SBN 286462)
3 fschmidt@haineslawgroup.com
Matthew K. Moen (SBN305956)
4 mmoen@haineslawgroup.com
Brittaney D. de la Torre (SBN 318150)
5 bdelatorre@haineslawgroup.com
222 N. Sepulveda Blvd., Suite 1550
6 El Segundo, California 90245
Tel: (424) 292-2350
7 Fax: (424) 292-2355

8 Attorneys for Plaintiff
FRANCISCO ZARATE
9

10 *[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ZARATE, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNS MANVILLE, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-0067-KJM-CKD<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION**<br><br>Judge: Hon. Kimberly J. Mueller<br>Courtroom: 3 |

| | |
|---|---|
| 1 | STEVEN W. MOORE (SBN 193068) |
| | smoore@constangy.com |
| 2 | BARBARA I. ANTONUCCI (SBN 209039) |
| 3 | bantonucci@constangy.com |
| | CHRISTIN LAWLER (SBN 272607) |
| 4 | clawler@constangy.com |
| 5 | **CONSTANGY, BROOKS, SMITH & PROPHETE LLP** |
| | 351 California St., Suite 200 |
| 6 | San Francisco, CA 94104 |
| 7 | Telephone: 415.918.3004 |
| | Facsimile:  415.918.3005 |
| 8 | |
| 9 | STEVEN KATZ (SBN 139078) |
| 10 | skatz@constangy.com |
| | **CONSTANGY, BROOKS, SMITH & PROPHETE LLP** |
| 11 | 2029 Century Park East, Suite 1100 |
| 12 | Los Angeles, CA 90067 |
| | Telephone: 310.909.7775 |
| 13 | |
| 14 | *Attorneys for Defendant* |
| | JOHNS MANVILLE |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | After reviewing the Parties' Stipulation to Remand Removed Action (the |
| 3 | "Stipulation"), and with GOOD CAUSE appearing therefore, the Court orders as follows: |
| 4 | 1. The Stipulation is approved and the request for remand is granted. |
| 5 | 2. Eastern District of California Case No. 2:19-cv-0067-KJM-CKD is hereby |
| 6 | remanded to the Superior Court for the State of California for the County of |
| 7 | Glenn. |
| 8 | **IT IS SO ORDERED.** |
| 10 | Dated: January 31, 2020. |

_____
CHIEF UNITED STATES DISTRICT JUDGE